The People of the State of New York, Respondent, 
against
Harold Brown, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O.), rendered April 18, 2016, after a nonjury trial, convicting him of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.), rendered April 18, 2016, reversed, on the law and the facts, and the accusatory instrument is dismissed.
After a nonjury trial, the judicial hearing officer convicted defendant, who was charged solely with the unclassified misdemeanor of engine idling (see Administrative Code of City of NY § 24-163), with disorderly conduct. Since disorderly conduct is not a lesser included offense of the charged administrative code violation, the court had no authority to consider and render judgment against defendant on this uncharged offense (see CPL350.10[6]; 1.20[37]; People v Ramirez, 56 Misc 3d 127[A], 2017 NY Slip Op 50812[U][App Term, 1st Dept 2017]; People v Greene, 85 Misc 2d 890 [App Term, 1st Dept 1976]). In any event, the proof did not establish the offense of disorderly conduct.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 13, 2019